IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

CHRISTINE R. BUXTON and
GLENN BUXTON                                                                                     PLAINTIFFS

VS.                                                                               CAUSE NO.: 2:09CV99-MPM-DAS

ERIC ORMSETH, M.D.,
GASTROENTEROLOGY CENTER OF THE
MIDSOUTH, P.C.,                                                                                 DEFENDANTS

## **ORDER**

This matter is before the court on motion of the plaintiff to stay the deadlines pending in this action until all parties answer the plaintiffs' amended complaint (# 23). Also before the court is that plaintiffs' motion to amend the case management order (# 24). After considering the matter, the court finds the motions to be well taken, and they shall be GRANTED.

IT IS, THEREFORE, ORDERED that the motion to stay pending deadlines (# 23) is hereby GRANTED.

IT IS FURTHER ORDERED that the motion to amend the case management order is hereby GRANTED. The court will schedule a new case management conference once all parties have answered the amended complaint. Plaintiff's counsel is to contact this court once the final defendant has answered the amended complaint.

SO ORDERED, this the 4th day of March 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE